| | |
|---|---|
| 1 | MARK E. MILLER (S.B. #130200) – markmiller@omm.com |
| 2 | DARIN W. SNYDER (S.B. #136003) – dsnyder@omm.com<br>THOMAS B. REES (S.B. #233348) – trees@omm.com |
| 3 | O'MELVENY & MYERS LLP<br>Embarcadero Center West |
| 4 | 275 Battery Street<br>San Francisco, CA 94111-3305 |
| 5 | Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701 |
| 6 | Attorneys for Plaintiff<br>MICREL, INCORPORATED |
| 7 | |
| 8 | THOMAS J. FRIEL, JR. (S.B. #80065) – tfriel@cooley.com<br>MATTHEW J. BRIGHAM (S.B. #191428) – mbrigham@cooley.com |
| 9 | COOLEY GODWARD LLP<br>Five Palo Alto Square |
| 10 | 3000 El Camino Real<br>Palo Alto, CA 94306 |
| 11 | Telephone: (650) 843-5000<br>Facsimile: (650) 857-0663 |
| 12 | Attorneys for Defendants<br>MONOLITHIC POWER SYSTEMS, INC., |
| 13 | MICHAEL R. HSING, and JAMES C. MOYER |
| 14 | JEFFERY ANNE TATUM (S.B. #83060) - jatatum@tatumgc.com<br>GENERAL COUNSEL SERVICES |
| 15 | P.O. Box 988<br>Aptos, CA 95001 |
| 16 | Telephone: (831) 768-7481<br>Facsimile: (831) 768-7528 |
| 17 | Attorney for Defendant<br>MONOLITHIC POWER SYSTEMS, INC. |
| 18 | |
| 19 | UNITED STATES DISTRICT COURT |
| 20 | NORTHERN DISTRICT OF CALIFORNIA |
| 21 | SAN FRANCISCO DIVISION |
| 22 | MICREL, INCORPORATED, a     Case No. C 04-04770 JSW (JCS)<br>California Corporation, |
| 23 |                                  **STIPULATION AND [~~PROPOSED~~] ORDER** |
| 24 |           Plaintiff,                **EXTENDING TIME TO COMPLY WITH**<br>v.                         **PATENT L.R. 3-3** |
| 25 | MONOLITHIC POWER SYSTEMS,<br>INC., a Delaware Corporation, |
| 26 | MICHAEL R. HSING, JAMES C.<br>MOYER, and DOES 1-20 inclusive, |
| 27 |           Defendants. |
| 28 | |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective undersigned counsel of record herein, that the time for defendant Monolithic Power Systems, Inc. to serve its Preliminary Invalidity Contentions pursuant to Patent L.R. 3-3 is extended through and including May 23, 2005. Absent further Orders from the Court (*sua sponte* or by request of one or more of the parties), the remaining patent disclosures shall be due as set forth in the Patent Local Rules. The Tutorial and *Markman* hearing scheduled for November 9 and 16, 2005, respectively, are not changed by this Stipulation. |

Dated: May 12, 2005

MARK E. MILLER
DARIN W. SNYDER
THOMAS B. REES
O'MELVENY & MYERS LLP

By: /s/ Mark E. Miller
      Mark E. Miller
Attorneys for Plaintiff
MICREL, INCORPORATED

Dated: May 12, 2005

THOMAS J. FRIEL, JR.
MATTHEW J. BRIGHAM
COOLEY GODWARD LLP

JEFFERY ANNE TATUM
GENERAL COUNSEL SERVICES

By: /s/ Matthew J. Brigham
      Matthew J. Brigham
Attorneys for Defendants
MONOLITHIC POWER SYSTEMS, INC.,
MICHAEL R. HSING, and JAMES C. MOYER

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from the other signatories.

Dated: May 12, 2005

By: /s/ Matthew J. Brigham
      Matthew J. Brigham
Attorneys for Defendants
MONOLITHIC POWER SYSTEMS, INC.,
MICHAEL R. HSING, and JAMES C. MOYER

## ORDER

The above stipulation having been considered, and good cause appearing therefor,

**IT IS SO ORDERED.**

Dated: __May 13__, 2005

/s/ Jeffrey S. White
Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE