MARK E. MILLER (S.B. #130200) – markmiller@omm.com
DARIN W. SNYDER (S.B. #136003) – dsnyder@omm.com
THOMAS B. REES (S.B. #233348) – trees@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Plaintiff
MICREL, INCORPORATED

THOMAS J. FRIEL, JR. (S.B. #80065) – tfriel@cooley.com
MATTHEW J. BRIGHAM (S.B. #191428) – mbrigham@cooley.com
COOLEY GODWARD LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendants
MONOLITHIC POWER SYSTEMS, INC.,
MICHAEL R. HSING, and JAMES C. MOYER

JEFFERY ANNE TATUM (S.B. #83060) - jatatum@tatumgc.com
GENERAL COUNSEL SERVICES
P.O. Box 988
Aptos, CA 95001
Telephone: (831) 768-7481
Facsimile: (831) 768-7528

Attorney for Defendant
MONOLITHIC POWER SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICREL, INCORPORATED, a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC., a Delaware Corporation, MICHAEL R. HSING, JAMES C. MOYER, and DOES 1-20 inclusive,<br><br>    Defendants. | Case No. C 04-04770 JSW (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective undersigned counsel of record herein, that the time for defendants Monolithic Power Systems, Inc., Michael R. Hsing, and James C. Moyer, to answer, move or otherwise respond to the May 2, 2005 Second Amended Complaint in the above matter is extended through and including May 23, 2005.

Dated: May 12, 2005

MARK E. MILLER
DARIN W. SNYDER
THOMAS B. REES
O'MELVENY & MYERS LLP

By: /s/ Mark E. Miller
    Mark E. Miller
Attorneys for Plaintiff
MICREL, INCORPORATED

Dated: May 12, 2005

THOMAS J. FRIEL, JR.
MATTHEW J. BRIGHAM
COOLEY GODWARD LLP

JEFFERY ANNE TATUM
GENERAL COUNSEL SERVICES

By: /s/ Matthew J. Brigham
    Matthew J. Brigham
Attorneys for Defendants
MONOLITHIC POWER SYSTEMS, INC.,
MICHAEL R. HSING, and JAMES C. MOYER

Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from the other signatories.

Dated: May 12, 2005

By: /s/ Matthew J. Brigham
    Matthew J. Brigham
Attorneys for Defendants
MONOLITHIC POWER SYSTEMS, INC.,
MICHAEL R. HSING, and JAMES C. MOYER

# ORDER

The above stipulation having been considered, and good cause appearing therefor,

**IT IS SO ORDERED.**

Dated: May 18, 2005          /s/ Jeffrey S. White
                             Honorable Jeffrey S. White
                             UNITED STATES DISTRICT JUDGE

STIP. EXTENDING TIME TO RESP. TO 2ND
AMENDED COMPLAINT - NO. C04-04770 JSW (JCS)