```
 1  MARK E. MILLER (S.B. #130200) – markmiller@omm.com
    DARIN W. SNYDER (S.B. #136003) – dsnyder@omm.com
 2  THOMAS B. REES (S.B. #233348) – trees@omm.com
    O'MELVENY & MYERS LLP
 3  Embarcadero Center West
    275 Battery Street
 4  San Francisco, CA  94111-3305
    Telephone:   (415) 984-8700
 5  Facsimile:   (415) 984-8701

 6  Attorneys for Plaintiff
    MICREL, INCORPORATED
 7
    THOMAS J. FRIEL, JR. (S.B. #80065) – tfriel@cooley.com
 8  MATTHEW J. BRIGHAM (S.B. #191428) – mbrigham@cooley.com
    COOLEY GODWARD LLP
 9  Five Palo Alto Square
    3000 El Camino Real
10  Palo Alto, CA  94306
    Telephone:   (650) 843-5000
11  Facsimile:   (650) 857-0663

12  Attorneys for Defendants
    MONOLITHIC POWER SYSTEMS, INC.,
13  MICHAEL R. HSING, and JAMES C. MOYER

14  JEFFERY ANNE TATUM (S.B. #83060) - jatatum@tatumgc.com
    GENERAL COUNSEL SERVICES
15  P.O. Box 988
    Aptos, CA 95001
16  Telephone:  (831) 768-7481
    Facsimile:  (831) 768-7528

17  Attorney for Defendant
    MONOLITHIC POWER SYSTEMS, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MICREL, INCORPORATED, a California Corporation, | Case No.  C 04-04770 JSW (JCS) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE** |
| v. | |
| MONOLITHIC POWER SYSTEMS, INC., a Delaware Corporation, MICHAEL R. HSING, JAMES C. MOYER, and DOES 1-20 inclusive, | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE
CASE NO. C 04-04770 JSW (JCS)

1  WHEREAS, the current deadline for completing private mediation, as set by the Court's March 18, 2005 Case Management Conference Order, is October 26, 2005; and

WHEREAS, the Parties have selected the Honorable Charles A. Legge (Ret.) of JAMS as the private mediator and scheduled the mediation for September 21, 2005; and

WHEREAS, a scheduling conflict has subsequently arisen, preventing Defendants from attending the mediation on September 21, 2005; and

WHEREAS, the next available date on Judge Legge's calendar is November 7, 2005, and the Parties have agreed to conduct the mediation on November 7, 2005;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective undersigned counsel of record, to extend the deadline to complete private mediation until November 7, 2005.

Dated: July 8, 2005

MARK E. MILLER
DARIN W. SNYDER
THOMAS B. REES
O'MELVENY & MYERS LLP

By: /s/ Thomas B. Rees
    Thomas B. Rees
Attorneys for Plaintiff
MICREL, INCORPORATED

Dated: July 8, 2005

THOMAS J. FRIEL, JR.
MATTHEW J. BRIGHAM
COOLEY GODWARD LLP

JEFFERY ANNE TATUM
GENERAL COUNSEL SERVICES

By: /s/ Matthew J. Brigham
    Matthew J. Brigham
Attorneys for Defendants
MONOLITHIC POWER SYSTEMS, INC.,
MICHAEL R. HSING, AND JAMES C.
MOYER

Filer's Attestation: Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories

Dated: July 8, 2005     By: /s/ Thomas B. Rees
                                             Thomas B. Rees
                                             Attorney for Plaintiff
                                             MICREL, INCORPORATED

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the date for completion of private mediation is extended until November 7, 2005.

Dated: July 11, 2005     By: /s/ Jeffrey S. White
                                             Honorable Jeffrey S. White
                                             UNITED STATES DISTRICT JUDGE

SF1:593622.2