IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICREL INC., a California corporation,

    Plaintiff,

v.

MONOLITHIC POWER SYSTEMS, INC., a Delaware corporation, MICHAEL R. HSING, JAMES C. MOYER, and DOES 1-20 inclusive,

    Defendants.
                                    /

No. C 04-04770 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS STATE LAW CLAIMS**

On May 23, 2005, Defendants filed a motion to dismiss Plaintiff's state law claims in the second amended complaint, which currently is noticed for hearing on September 30, 2005. The Court HEREBY ORDERS that Plaintiff's opposition shall be due on August 12, 2005, and Defendants' reply, if any, shall be due on August 19, 2005.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

Dated: July 28, 2005

                                                                                 JEFFREY S. WHITE
                                                                                 UNITED STATES DISTRICT JUDGE