VIRGINIA K. DEMARCHI (CSB NO. 168633)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200
Email: vdemarchi@fenwick.com
Attorneys for Non-Parties
O2 MICRO, INC., O2 MICRO INTERNATIONAL
LIMITED, and FENWICK & WEST LLP

MATTHEW J. BRIGHAM (CSB NO. 191428)
COOLEY GODWARD LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663
Email: mbrigham@cooley.com
Attorneys for Defendants
MONOLITHIC POWER SYSTEMS, INC.,
MICHAEL R. HSING, and JAMES C. MOYER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICREL, INCORPORATED, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC., a Delaware Corporation, MICHAEL R. HSING, and JAMES C. MOYER, and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No. C 04-04770 JSW (JCS)<br><br>**STIPULATION RE:**<br>**NON-PARTY SUBPOENAS** |

STIPULATION RE: NON-PARTY SUBPOENAS
Case No. C 04-04770 JSW (JCS)

1

On or about July 6, 2005, counsel for defendants Monolithic Power Systems, Inc. ("MPS"), Michael Hsing and James Moyer issued subpoenas to non-parties O2 Micro, Inc. and O2 Micro International Limited (collectively, "O2 Micro") and to non-party Fenwick & West LLP ("Fenwick").

With respect to these non-party subpoenas, defendants, O2 Micro, and Fenwick hereby stipulate as follows:

1. O2 Micro and Fenwick shall have until August 19, 2005 to serve objections to the non-party subpoenas;

2. O2 Micro and Fenwick shall have until August 19, 2005 to produce documents responsive to the non-party subpoenas, subject to any objections made by O2 Micro and Fenwick to the non-party subpoenas;

3. With respect to Document Requests Nos. 1, 9, 10, 12, 15 and 16 in Exhibit A to each of the non-party subpoenas, O2 Micro and Fenwick need not provide logs identifying privileged communications between O2 Micro and Fenwick in order to preserve the privilege against production of such documents;

4. With respect to Document Request No. 1 in Exhibit A to each of the non-party subpoenas, the scope of this request shall be limited to responsive documents that relate to O2 Micro, MPS, Michael Hsing or Jim Moyer;

5. With respect to all Document Requests in Exhibit A to each of the non-party subpoenas, Fenwick need not provide logs identifying internal Fenwick communications or other documents not transmitted outside of Fenwick & West LLP in order to preserve the attorney-client privilege or attorney work product protection against production of such documents; and

6. Nothing in this stipulation shall affect defendants' rights to challenge the withholding or non-production of documents on grounds other than those listed above.

The foregoing stipulations will not alter the date of any event or any deadline already fixed by Court order.

STIPULATION RE: NON-PARTY SUBPOENAS
Case No. C 04-04770 JSW (JCS)

2

SO STIPULATED.

Dated: August 1, 2005                FENWICK & WEST LLP


                                     By: /s/ Virginia K. DeMarchi
                                         Virginia K. DeMarchi


                                     Attorneys for Non-Parties
                                     O2 MICRO, INC., O2 MICRO
                                     INTERNATIONAL LIMITED, and
                                     FENWICK & WEST LLP


Dated: August 1, 2005                COOLEY GODWARD LLP


                                     By: /s/ Matthew J. Brigham
                                         Matthew J. Brigham


                                     Attorneys for Defendants
                                     MONOLITHIC POWER SYSTEMS, INC.,
                                     MICHAEL R. HSING, and
                                     JAMES C. MOYER

Filer's Attestation: Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories

    Dated:  August 1, 2005           By:  /s/ Matthew J. Brigham
                                         Matthew J. Brigham

                                     Attorneys for Defendants
                                     MONOLITHIC POWER SYSTEMS, INC.,
                                     MICHAEL R. HSING, and
                                     JAMES C. MOYER

708372 v1/PA

Dated:  Aug. 3, 2005

IT IS SO ORDERED
Magistrate Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION RE: NON-PARTY SUBPOENAS
Case No. C 04-04770 JSW (JCS)

3