United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICREL INC,<br><br>           Plaintiff,<br><br>     v.<br><br>MONOLITHIC POWER SYSTEMS, INC.<br>MICHAEL R. HSING, JAMES C. MOYER,<br>and DOES 1 through 20,<br><br>           Defendants. | No. C 04-04770 JSW<br><br>**ORDER DENYING**<br>**DEFENDANTS' OBJECTIONS**<br>**AND AFFIRMING THE**<br>**DISCOVERY ORDER** |

Now before the Court are the objections filed by defendants Monolithic Power Systems, Inc. ("MPS"), Michael R. Hsing ("Hsing"), and James C. Moyer ("Moyer") (collectively "Defendants") to Magistrate Judge Joseph C. Spero dated July 20, 2005 (the "Discovery Order"). Having carefully reviewed Defendants' papers and considered their arguments and the relevant legal authority, and good cause appearing, the Court hereby DENIES Defendants' objections and AFFIRMS the Discovery Order.

The District Court may modify or set aside any portion of a magistrate's ruling on non-dispositive pre-trial motions found to be "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a); *see also, e.g., Grimes v. City and County of San Francisco*, 951 F.2d 236, 241 (9th Cir. 1991). A ruling is clearly erroneous if the reviewing court, after considering the evidence, is left with the "definite and firm conviction that a mistake has been committed." *United States v. U.S. Gypsum Co.*, 333 U.S. 364, 395 (1948).

After a careful review of the Discovery Order, this Court finds that Magistrate Judge Spero's ruling was not clearly erroneous or contrary to law. Therefore, this Court DENIES Defendants' objections and AFFIRMS the Discovery Order dated July 20, 2005.

**IT IS SO ORDERED.**

Dated: August 4, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE