1  MARK E. MILLER (S.B. #130200) – markmiller@omm.com
   DARIN W. SNYDER (S.B. #136003) – dsnyder@omm.com
2  THOMAS B. REES (S.B. #233348) – trees@omm.com
   ANNE E. HUFFSMITH (S.B. #236438) – ahuffsmith@omm.com
3  O'MELVENY & MYERS LLP
   Embarcadero Center West
4  275 Battery Street
   San Francisco, CA 94111-3305
5  Telephone:  (415) 984-8700
   Facsimile:   (415) 984-8701
6
   Attorneys for Plaintiff
7  MICREL, INCORPORATED

8  THOMAS J. FRIEL, JR. (S.B. #80065) – tfriel@cooley.com
   MATTHEW J. BRIGHAM (S.B. #191428) – mbrigham@cooley.com
9  COOLEY GODWARD LLP
   Five Palo Alto Square
10 3000 El Camino Real
   Palo Alto, CA 94306
11 Telephone:  (650) 843-5000
   Facsimile:   (650) 857-0663
12 Attorneys for Defendants
   MONOLITHIC POWER SYSTEMS, INC.,
13 MICHAEL R. HSING, and JAMES C. MOYER

14 JEFFERY ANNE TATUM (S.B. #83060) - jatatum@tatumgc.com
   GENERAL COUNSEL SERVICES
15 P.O. Box 988
   Aptos, CA 95001
16 Telephone: (831) 768-7481
   Facsimile: (831) 768-7528
17
   Attorney for Defendant
18 MONOLITHIC POWER SYSTEMS, INC.

19             **UNITED STATES DISTRICT COURT**

20             **NORTHERN DISTRICT OF CALIFORNIA**

21               **SAN FRANCISCO DIVISION**

22 MICREL, INCORPORATED, a              Case No.  C 04-04770 JSW (JCS)
   California Corporation,
23                                      **STIPULATION AND [PROPOSED] ORDER**
            Plaintiff,                  **MODIFYING TIME TO COMPLY WITH**
24                                      **PATENT L.R. 4-5(b) AND 4-5(c)**
        v.
25 MONOLITHIC POWER SYSTEMS,
   INC., a Delaware Corporation,
26 MICHAEL R. HSING, JAMES C.
   MOYER, and DOES 1-20 inclusive,
27
            Defendants.
28

                                       STIP. MODIFYING PATENT L.R. 4-5(B) AND 4-5(C) -
                                       CASE NO. C04-04770 JSW (JCS)

1    IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through
2  their respective undersigned counsel of record herein, that, in order to allow for
3  depositions of each party's expert on claim construction issues, the following schedule
4  shall apply to the remaining claim construction briefs.  The time for defendant Monolithic
5  Power Systems, Inc. to serve its Responsive Claim Construction Brief pursuant to Patent
6  L.R. 4-5(b) is extended through and including October 13, 2005.  The time for plaintiff
7  Micrel, Incorporated to serve its Reply Claim Construction Brief pursuant to Patent L.R.
8  4-5(c) is extended through and including October 26, 2005.  The Tutorial and *Markman*
9  hearing scheduled for November 9 and 16, 2005, respectively, are not changed by this
10  Stipulation.

11        Dated: September 15, 2005          MARK E. MILLER
                                             DARIN W. SNYDER
12                                           THOMAS B. REES
                                             ANNE E. HUFFSMITH
13                                           O'MELVENY & MYERS LLP

14                                           By: /s/ Thomas B. Rees
15                                                 Thomas B. Rees
                                             Attorneys for Plaintiff
16                                           MICREL, INCORPORATED

17

18        Dated: September 15, 2005          THOMAS J. FRIEL, JR.
                                             MATTHEW J. BRIGHAM
19                                           COOLEY GODWARD LLP

20                                           JEFFERY ANNE TATUM
                                             GENERAL COUNSEL SERVICES
21

22                                           By: /s/ Matthew J. Brigham
                                                 Matthew J. Brigham
23                                           Attorneys for Defendants
                                             MONOLITHIC POWER SYSTEMS, INC.,
24                                           MICHAEL R. HSING, and JAMES C.
                                             MOYER
25

26

27

28

STIP. MODIFYING PATENT L.R. 4-5(B) AND 4-5(C) –
CASE NO. C04-04770 JSW (JCS)

1  Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of
2  perjury that concurrence in the filing of the document has been obtained from the other
   signatories.
3
4     Dated: September 15, 2005
                                      By: /s/ Matthew J. Brigham
5                                         Matthew J. Brigham
                                      Attorneys for Defendants
6                                     MONOLITHIC POWER SYSTEMS, INC.,
                                      MICHAEL R. HSING, and JAMES C.
7                                     MOYER
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. MODIFYING PATENT L.R. 4-5(B) AND 4-5(C) -
                                      CASE NO. C04-04770 JSW (JCS)

1

## ORDER

2       The above stipulation having been considered, and good cause appearing therefore,

3   defendant Monolithic Power Systems, Inc.'s Responsive Claim Construction Brief shall

4   be due on October 13, 2005, and plaintiff Micrel, Incorporated's Reply Claim

5   Construction Brief shall be due on October 26, 2005.

6

7       **IT IS SO ORDERED.**

8

9       Dated: ____September 19____, 2005     _____

10                                              Honorable Jeffrey S. White
                                                UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -