MARK E. MILLER (S.B. #130200) – markmiller@omm.com
DARIN W. SNYDER (S.B. #136003) – dsnyder@omm.com
THOMAS B. REES (S.B. #233348) – trees@omm.com
ANNE E. HUFFSMITH (S.B. #236438) – ahuffsmith@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Plaintiff
MICREL, INCORPORATED

THOMAS J. FRIEL, JR. (S.B. #80065) – tfriel@cooley.com
MATTHEW J. BRIGHAM (S.B. #191428) – mbrigham@cooley.com
COOLEY GODWARD LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendants
MONOLITHIC POWER SYSTEMS, INC.,
MICHAEL R. HSING, and JAMES C. MOYER

JEFFERY ANNE TATUM (S.B. #83060) - jatatum@tatumgc.com
GENERAL COUNSEL SERVICES
P.O. Box 988
Aptos, CA 95001
Telephone: (831) 768-7481
Facsimile: (831) 768-7528

Attorney for Defendant
MONOLITHIC POWER SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICREL, INCORPORATED, a California Corporation,<br><br>            Plaintiff,<br>v.<br>MONOLITHIC POWER SYSTEMS, INC., a Delaware Corporation, MICHAEL R. HSING, JAMES C. MOYER, and DOES 1-20 inclusive,<br><br>            Defendants. | Case No. C 04-04770 JSW (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY THE CLAIM CONSTRUCTION SCHEDULE UNDER PATENT L.R. 4-5(b), 4-5(c), AND 4-6** |

STIPULATION AND [PROPOSED] ORDER TO MODIFY
THE CLAIM CONSTRUCTION SCHEDULE
CASE NO. C 04-04770 JSW (JCS)

1  WHEREAS, on September 22, 2005, the Court rescheduled the Claim Construction
2  Tutorial and Markman Hearing for November 22 and November 29, 2005, respectively;
3  and

4  WHEREAS, lead counsel for Defendants will be out of the country during the
5  week of November 21, 2005; and

6  WHEREAS, the Court's clerk directed the parties to identify days on which they
7  would be available for rescheduling the Tutorial and Markman Hearing;

8  THEREFORE, THE PARTIES HEREBY NOTIFY THE COURT that they request
9  that the Tutorial be rescheduled to November 30, 2005, and the Markman Hearing be
10 rescheduled to December 7, 2005. If those dates are unavailable, the parties are also
11 available on November 29, 2005, December 6, 2005, and January 10-11 and 17-18, 2006;

12 ADDITIONALLY, IT IS HEREBY STIPULATED AND AGREED, by and
13 between the Parties, through their respective undersigned counsel of record herein, that in
14 order to alleviate scheduling pressures surrounding the deposition of each party's expert
15 witness, the following schedule shall apply to the remaining Claim Construction briefs.
16 The time for Monolithic Power Systems, Inc. to serve its Responsive Claim Construction
17 Brief pursuant to Patent L.R. 4-5(b) is extended though and including October 21, 2005.
18 The time for plaintiff Micrel, Incorporated to serve its Reply Claim Construction Brief
19 pursuant to Patent L.R. 4-5(c) is extended through and including November 3, 2005.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 4, 2005 | MARK E. MILLER<br>DARIN W. SNYDER |
| 3 | | THOMAS B. REES<br>ANNE E. HUFFSMITH |
| 4 | | O'MELVENY & MYERS LLP |

By: /s/ Thomas B. Rees
      Thomas B. Rees
Attorneys for Plaintiff
MICREL, INCORPORATED

Dated: October 4, 2005

THOMAS J. FRIEL, JR.
MATTHEW J. BRIGHAM
COOLEY GODWARD LLP

JEFFERY ANNE TATUM
GENERAL COUNSEL SERVICES

By: /s/ Matthew J. Brigham
      Matthew J. Brigham
Attorneys for Defendants
MONOLITHIC POWER SYSTEMS, INC.,
MICHAEL R. HSING, AND JAMES C. MOYER

Filer's Attestation: Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories

Dated: October 4, 2005

By: /s/ Thomas B. Rees
      Thomas B. Rees
Attorney for Plaintiff
MICREL, INCORPORATED

STIPULATION AND [PROPOSED] ORDER TO MODIFY
THE CLAIM CONSTRUCTION SCHEDULE
CASE NO. C 04-04770 JSW (JCS)

- 3 -

## ORDER

YOU ARE HEREBY NOTIFIED that on January 31, 2006 at 2:00 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Claims Construction Tutorial, previously noticed for November 22, 2005, in this matter.

YOU ARE FURTHER HEREBY NOTIFIED that on February 7, 2006 at 2:00 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Markman Hearing, previously noticed for November 29, 2005, in this matter.

ADDITIONALLY, the above stipulation being considered, and good cause appearing therefore, defendant Monolithic Power Systems, Inc.'s Responsive Claim Construction Brief shall be due on October 21, 2005, and plaintiff Micrel, Incorporated's Reply Claim Construction Brief shall be due on November 3, 2005.

Dated: October 5, 2005    By: /s/ Jeffrey S. White
                                Honorable Jeffrey S. White
                                UNITED STATES DISTRICT JUDGE

SF1:603440.1