MARK E. MILLER (S.B. #130200) – markmiller@omm.com
DARIN W. SNYDER (S.B. #136003) – dsnyder@omm.com
THOMAS B. REES (S.B. #233348) – trees@omm.com
ANNE E. HUFFSMITH (S.B. #236438) – ahuffsmith@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111-3305
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Plaintiff
MICREL, INCORPORATED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MICREL INCORPORATED, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, a Delaware Corporation, MICHAEL R. HSING, JAMES C. MOYER, and DOES 1-20 inclusive,<br><br>Defendants. | Case No. C 04-04770 JSW (JCS)<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**<br>***PRO HAC VICE*** |

Michael Sapoznikow, an active member in good standing of the bars of the State of Maryland, the District of Columbia, and the United States District Court for the District of Maryland, whose business address and telephone number is O'Melveny & Myers LLP, 275 Battery Street, San Francisco, CA 94111, (415) 984-8700, having applied in the above-entitled action for admission to practice in the Northern District of California on *a pro hac vice* basis, representing Micrel, Inc.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

1
2  *vice*. Service of papers upon and communication with co-counsel designated in the application
3  will constitute notice to the party. All future filings in this action are subject to the requirements
4  contained in General Order No. 45, *Electronic Case Filing*.
5
6  Dated: OCT 6 2005
7  Hon. Jeffrey S. White
   United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28