| | |
|---|---|
| 1 | MARK E. MILLER (S.B. #130200) – markmiller@omm.com |
| 2 | DARIN W. SNYDER (S.B. #136003) – dsnyder@omm.com |
|   | THOMAS B. REES (S.B. #233348) – trees@omm.com |
| 3 | ANNE E. HUFFSMITH (S.B. #236438) – ahuffsmith@omm.com |
|   | O'MELVENY & MYERS LLP |
| 4 | Embarcadero Center West |
|   | 275 Battery Street |
| 5 | San Francisco, CA 94111-3305 |
|   | Telephone: (415) 984-8700 |
| 6 | Facsimile: (415) 984-8701 |
| 7 | Attorneys for Plaintiff |
|   | MICREL, INCORPORATED |
| 8 | THOMAS J. FRIEL, JR. (S.B. #80065) – tfriel@cooley.com |
|   | MATTHEW J. BRIGHAM (S.B. #191428) – mbrigham@cooley.com |
| 9 | COOLEY GODWARD LLP |
|   | Five Palo Alto Square |
| 10 | 3000 El Camino Real |
|   | Palo Alto, CA 94306 |
| 11 | Telephone: (650) 843-5000 |
|   | Facsimile: (650) 857-0663 |
| 12 | Attorneys for Defendants |
| 13 | MONOLITHIC POWER SYSTEMS, INC., |
|   | MICHAEL R. HSING, and JAMES C. MOYER |
| 14 | JEFFERY ANNE TATUM (S.B. #83060) - jatatum@tatumgc.com |
|   | GENERAL COUNSEL SERVICES |
| 15 | P.O. Box 988 |
|   | Aptos, CA 95001 |
| 16 | Telephone: (831) 768-7481 |
|   | Facsimile: (831) 768-7528 |
| 17 | Attorney for Defendant |
| 18 | MONOLITHIC POWER SYSTEMS, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICREL, INCORPORATED, a California Corporation, | Case No. C 04-04770 JSW (JCS) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING TIME TO COMPLY WITH PATENT L.R. 4-5(b) AND 4-5(c)** |
| v. | |
| MONOLITHIC POWER SYSTEMS, INC., a Delaware Corporation, MICHAEL R. HSING, JAMES C. MOYER, and DOES 1-20 inclusive, | |
| Defendants. | |

1  IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective undersigned counsel of record herein, that, in light of an unexpected scheduling conflict relating to the deposition of defendant's expert on claim construction issues, the following schedule shall apply to the remaining claim construction briefs. The time for defendant Monolithic Power Systems, Inc. to serve its Responsive Claim Construction Brief pursuant to Patent L.R. 4-5(b) is extended through and including October 28, 2005. The time for plaintiff Micrel, Incorporated to serve its Reply Claim Construction Brief pursuant to Patent L.R. 4-5(c) is extended through and including November 21, 2005. The Tutorial and *Markman* hearing scheduled for January 31 and February 7, 2006, respectively, are not changed by this Stipulation.

Dated: October 20, 2005

MARK E. MILLER
DARIN W. SNYDER
THOMAS B. REES
ANNE E. HUFFSMITH
O'MELVENY & MYERS LLP

By: /s/ Thomas B. Rees
      Thomas B. Rees
Attorneys for Plaintiff
MICREL, INCORPORATED

Dated: October 20, 2005

THOMAS J. FRIEL, JR.
MATTHEW J. BRIGHAM
COOLEY GODWARD LLP

JEFFERY ANNE TATUM
GENERAL COUNSEL SERVICES

By: /s/ Matthew J. Brigham
      Matthew J. Brigham
Attorneys for Defendants
MONOLITHIC POWER SYSTEMS, INC., MICHAEL R. HSING, and JAMES C. MOYER

STIP. MODIFYING PATENT L.R. 4-5(B) AND 4-5(C) -
CASE NO. C04-04770 JSW (JCS)

1 | Filer's Attestation: Pursuant to General Order No. 45, § X(B), I attest under penalty of
2 | perjury that concurrence in the filing of the document has been obtained from the other
3 | signatories.

4     Dated: October 20, 2005                      By: /s/ Matthew J. Brigham
5                                                              Matthew J. Brigham
6                                                         Attorneys for Defendants
                                                          MONOLITHIC POWER SYSTEMS, INC.,
7                                                          MICHAEL R. HSING, and JAMES C.
                                                         MOYER

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -                  STIP. MODIFYING PATENT L.R. 4-5(B) AND 4-5(C) -
                                CASE NO. C04-04770 JSW (JCS)

# ORDER

The above stipulation having been considered, and good cause appearing therefore, defendant Monolithic Power Systems, Inc.'s Responsive Claim Construction Brief shall be due on October 28, 2005, and plaintiff Micrel, Incorporated's Reply Claim Construction Brief shall be due on November 21, 2005.

**IT IS SO ORDERED.**

Dated: __October 24__, 2005

_/s/ Jeffrey S. White_
Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE

713356 v1/PA

- 4 -

STIP. MODIFYING PATENT L.R. 4-5(B) AND 4-5(C) -
CASE NO. C04-04770 JSW (JCS)