| | |
|---|---|
| 1 | MARK E. MILLER (S.B. #130200) – markmiller@omm.com |
| 2 | DARIN W. SNYDER (S.B. #136003) – dsnyder@omm.com |
|   | THOMAS B. REES (S.B. #233348) – trees@omm.com |
| 3 | ANNE E. HUFFSMITH (S.B. #236438) – ahuffsmith@omm.com |
|   | O'MELVENY & MYERS LLP |
| 4 | Embarcadero Center West |
|   | 275 Battery Street |
| 5 | San Francisco, CA 94111-3305 |
|   | Telephone: (415) 984-8700 |
| 6 | Facsimile: (415) 984-8701 |
| 7 | Attorneys for Plaintiff |
|   | MICREL, INCORPORATED |
| 8 | THOMAS J. FRIEL, JR. (S.B. #80065) – tfriel@cooley.com |
|   | MATTHEW J. BRIGHAM (S.B. #191428) – mbrigham@cooley.com |
| 9 | COOLEY GODWARD LLP |
|   | Five Palo Alto Square |
| 10 | 3000 El Camino Real |
|    | Palo Alto, CA 94306 |
| 11 | Telephone: (650) 843-5000 |
|    | Facsimile: (650) 857-0663 |
| 12 | Attorneys for Defendants |
|    | MONOLITHIC POWER SYSTEMS, INC., |
| 13 | MICHAEL R. HSING, and JAMES C. MOYER |
| 14 | JEFFERY ANNE TATUM (S.B. #83060) - jatatum@tatumgc.com |
|    | GENERAL COUNSEL SERVICES |
| 15 | P.O. Box 988 |
|    | Aptos, CA 95001 |
| 16 | Telephone: (831) 768-7481 |
|    | Facsimile: (831) 768-7528 |
| 17 | Attorney for Defendant |
| 18 | MONOLITHIC POWER SYSTEMS, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICREL, INCORPORATED, a California Corporation, | Case No. C 04-04770 JSW (JCS) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE** |
| v. | |
| MONOLITHIC POWER SYSTEMS, INC., a Delaware Corporation, MICHAEL R. HSING, JAMES C. MOYER, and DOES 1-20 inclusive, | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE
CASE NO. C 04-04770 JSW (JCS)

1  WHEREAS, the current deadline for completing private mediation, as set by the
2  Court's July 11, 2005 Order, is November 7, 2005; and

3  WHEREAS, the Parties have selected the Honorable Charles A. Legge (Ret.) of
4  JAMS as the private mediator and scheduled the mediation for November 7, 2005; and

5  WHEREAS, the Parties agree that postponing the mediation until after Claim
6  Construction briefing is completed on November 21, 2005, and closer to the Court's
7  February 7, 2006 *Markman* Hearing, will result in more meaningful settlement
8  discussions; and

9  WHEREAS, the next date on Judge Legge's calendar when the Parties are jointly
10 available is January 11, 2006, and the Parties have agreed to conduct the mediation on
11 January 11, 2006;

12 THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between
13 the Parties, through their respective undersigned counsel of record, to extend the deadline
14 to complete private mediation until January 11, 2006.

| | | |
|---|---|---|
| 1 | | - 3 - |
| 2 | Dated: November 3, 2005 | MARK E. MILLER<br>DARIN W. SNYDER |
| 3 | | THOMAS B. REES<br>ANNE E. HUFFSMITH |
| 4 | | O'MELVENY & MYERS LLP |
| 5 | | By: /s/ Thomas B. Rees |
| 6 | | Thomas B. Rees<br>Attorneys for Plaintiff |
| 7 | | MICREL, INCORPORATED |
| 8 | Dated: November 3, 2005 | THOMAS J. FRIEL, JR. |
| 9 | | MATTHEW J. BRIGHAM<br>COOLEY GODWARD LLP |
| 10 | | JEFFERY ANNE TATUM |
| 11 | | GENERAL COUNSEL SERVICES |
| 12 | | |
| 13 | | By: /s/ Matthew J. Brigham<br>Matthew J. Brigham |
| 14 | | Attorneys for Defendants<br>MONOLITHIC POWER SYSTEMS, INC., |
| 15 | | MICHAEL R. HSING, AND JAMES C.<br>MOYER |

Filer's Attestation: Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories

| | | |
|---|---|---|
| 21 | Dated: November 3, 2005 | By: /s/ Thomas B. Rees |
| 22 | | Thomas B. Rees<br>Attorney for Plaintiff<br>MICREL, INCORPORATED |

1  **ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED that the date for completion of private

3  mediation is extended until January 11, 2006.

6  Dated: November 7, 2005        By: /s/ Jeffrey S. White
7                                     Honorable Jeffrey S. White
                                       UNITED STATES DISTRICT JUDGE

10 SF1:606869.1

STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE
CASE NO. C 04-04770 JSW (JCS)                                          - 4 -