1  MARK E. MILLER (S.B. #130200) – markmiller@omm.com
   DARIN W. SNYDER (S.B. #136003) – dsnyder@omm.com
2  THOMAS B. REES (S.B. #233348) – trees@omm.com
   ANNE E. HUFFSMITH (S.B. #236438) – ahuffsmith@omm.com
3  O'MELVENY & MYERS LLP
   Embarcadero Center West
4  275 Battery Street
   San Francisco, California  94111-3305
5  Telephone:    (415) 984-8700
   Facsimile:    (415) 984-8701
6
   Attorneys for Plaintiff
7  MICREL, INCORPORATED

8
                    **UNITED STATES DISTRICT COURT**
9
                   **NORTHERN DISTRICT OF CALIFORNIA**
10
                        **SAN FRANCISCO DIVISION**
11

12

13  MICREL, INCORPORATED, a California Corporation,                  Case No.  C 04-04770 JSW (JCS)

14                       Plaintiff,                                  **PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL A STIPULATION AND [PROPOSED] ORDER CONTINUING THE CLAIM CONSTRUCTION HEARING**
15       v.

16  MONOLITHIC POWER SYSTEMS, INC., a Delaware Corporation, MICHAEL R. HSING, JAMES C. MOYER, and DOES 1-20 inclusive,
17
18                                                                   **[PROPOSED] ORDER**
                         Defendants.
19

---

PLAINTIFF'S ADMIN. MOTION TO FILE STIPULATION UNDER SEAL
CASE NO. C 04-04770 JSW (JCS)

**Unopposed Motion to File Under Seal**

Pursuant to Civil Local Rule 79-5(c), plaintiff Micrel, Incorporated ("Micrel") respectfully requests that the parties' Stipulation And [Proposed] Order Continuing The Claim Construction Hearing Pursuant to Patent L.R. 4-6 (the "Stipulation"), be filed under seal. The parties have agreed to file the Stipulation under seal. *See* Declaration of Thomas B. Rees in Support of Motion to Seal at ¶ 3.

The Stipulation contains confidential health information regarding participants in the lawsuit that should not be shared with the public. This information and the identity of the individual have been redacted from the public version of the Stipulation, which has been filed electronically with the Court.

Dated: January 13, 2006

MARK E. MILLER
DARIN W. SNYDER
THOMAS B. REES
ANNE E. HUFFSMITH
O'MELVENY & MYERS LLP

By: /s/ Thomas B. Rees
    Thomas B. Rees
Attorneys for Plaintiff
MICREL, INCORPORATED

SF1:614632.1

PLAINTIFF'S ADMIN. MOTION TO FILE STIPULATION UNDER SEAL
CASE NO. C 04-04770 JSW (JCS)

- 2 -

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |

Having considered the submissions relating to Micrel's Administrative Motion and good cause appearing,

**IT IS HEREBY ORDERED**:

Pursuant to Civil Local Rule 79-5, the Plaintiff's Administrative Motion to File Under Seal A Stipulation And [Proposed] Order Continuing The Claim Construction Hearing Pursuant to Patent L.R. 4-6, is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to allow Micrel to file under seal the above listed document.

Dated: January 19, 2006

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE

PLAINTIFF'S ADMIN. MOTION TO FILE STIPULATION UNDER SEAL
CASE NO. C 04-04770 JSW (JCS)

- 3 -