1  MARK E. MILLER (S.B. #130200) – markmiller@omm.com
   DARIN W. SNYDER (S.B. #136003) – dsnyder@omm.com
2  THOMAS B. REES (S.B. #233348) – trees@omm.com
   ANNE E. HUFFSMITH (S.B. #236438) – ahuffsmith@omm.com
3  O'MELVENY & MYERS LLP
   Embarcadero Center West
4  275 Battery Street
   San Francisco, CA 94111-3305
5  Telephone: (415) 984-8700
   Facsimile: (415) 984-8701
6
   Attorneys for Plaintiff
7  MICREL, INCORPORATED

8  THOMAS J. FRIEL, JR. (S.B. #80065) – tfriel@cooley.com
   MATTHEW J. BRIGHAM (S.B. #191428) – mbrigham@cooley.com
9  COOLEY GODWARD LLP
   Five Palo Alto Square
10 3000 El Camino Real
   Palo Alto, CA 94306
11 Telephone: (650) 843-5000
   Facsimile: (650) 857-0663
12
   Attorneys for Defendants
13 MONOLITHIC POWER SYSTEMS, INC.,
   MICHAEL R. HSING, and JAMES C. MOYER

14 JEFFERY ANNE TATUM (S.B. #83060) - jatatum@tatumgc.com
   GENERAL COUNSEL SERVICES
15 P.O. Box 988
   Aptos, CA 95001
16 Telephone: (831) 768-7481
   Facsimile: (831) 768-7528
17
   Attorney for Defendant
18 MONOLITHIC POWER SYSTEMS, INC.

19                     **UNITED STATES DISTRICT COURT**

20                     **NORTHERN DISTRICT OF CALIFORNIA**

21                         **SAN FRANCISCO DIVISION**

22 MICREL, INCORPORATED, a                  Case No. C 04-04770 JSW (JCS)
   California Corporation,
23
                        Plaintiff,          **STIPULATION AND [PROPOSED]**
24                                          **ORDER CONTINUING THE CLAIM**
           v.                               **CONSTRUCTION HEARING**
25 MONOLITHIC POWER SYSTEMS,                **PURSUANT TO PATENT L.R. 4-6**
   INC., a Delaware Corporation,
26 MICHAEL R. HSING, JAMES C.
   MOYER, and DOES 1-20 inclusive,          *** PUBLIC VERSION ***
27
                        Defendants.
28

STIPULATION AND [PROPOSED] ORDER TO MODIFY
THE CLAIM CONSTRUCTION SCHEDULE
CASE NO. C 04-04770 JSW (JCS)

1   WHEREAS, on October 5, 2005, the Court rescheduled the Claim Construction
2   Tutorial and Markman Hearing for January 31 and February 7, 2005, respectively; and
3   WHEREAS, the Parties have filed all claim construction briefing and supporting
4   papers pursuant to Patent Local Rule 4-5; and
5   WHEREAS,
6                                                                                      ; and
7   WHEREAS,            will not be available for the Claim Construction Tutorial
8   on January 31; and
9   WHEREAS, the Parties stipulate to continue the Claim Construction Tutorial and
10  the Markman Hearing until the Court's first available dates on or after February 21, 2005
11  (counsel for the Parties are unavailable during March 6-10, April 6-21, and May 5-14);
12  THEREFORE, THE PARTIES HEREBY NOTIFY THE COURT that they request
13  a continuance of the Tutorial and Markman Hearing until the Court's first available dates
14  on or after February 21, 2005.

STIPULATION AND [PROPOSED] ORDER TO MODIFY
THE CLAIM CONSTRUCTION SCHEDULE                                           - 2 -
CASE NO. C 04-04770 JSW (JCS)

|   |   |
|---|---|
| Dated: January 13, 2006 | MARK E. MILLER<br>DARIN W. SNYDER<br>THOMAS B. REES<br>ANNE E. HUFFSMITH<br>O'MELVENY & MYERS LLP<br><br>By: /s/ Thomas B. Rees<br>    Thomas B. Rees<br>Attorneys for Plaintiff<br>MICREL, INCORPORATED |
| Dated: January 13, 2006 | THOMAS J. FRIEL, JR.<br>MATTHEW J. BRIGHAM<br>COOLEY GODWARD LLP<br><br>JEFFERY ANNE TATUM<br>GENERAL COUNSEL SERVICES<br><br>By: /s/ Matthew J. Brigham<br>    Matthew J. Brigham<br>Attorneys for Defendants<br>MONOLITHIC POWER SYSTEMS, INC.,<br>MICHAEL R. HSING, AND JAMES C.<br>MOYER |

Filer's Attestation: Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories

|   |   |
|---|---|
| Dated: January 13, 2006 | By: /s/ Thomas B. Rees<br>    Thomas B. Rees<br>Attorney for Plaintiff<br>MICREL, INCORPORATED |

SF1:614459.1

STIPULATION AND [PROPOSED] ORDER TO MODIFY
THE CLAIM CONSTRUCTION SCHEDULE
CASE NO. C 04-04770 JSW (JCS)

- 3 -

**ORDER**

YOU ARE HEREBY NOTIFIED that on April 25, 2006 at 2:00 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Claims Construction Tutorial, previously noticed for ~~December~~ January 31, 2006, in this matter.

YOU ARE FURTHER HEREBY NOTIFIED that on May 2, 2006 at 2:00 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Markman Hearing, previously noticed for February 7, 2006, in this matter.

Dated: January 19, 2006, ~~2005~~    By: *Jeffrey S White*
Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY
THE CLAIM CONSTRUCTION SCHEDULE — - 4 -
CASE NO. C 04-04770 JSW (JCS)