# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICREL, INCORPORATED, a California Corporation, <br><br> Plaintiff, <br> v. <br> MONOLITHIC POWER SYSTEMS, INC., a Delaware Corporation, MICHAEL R. HSING, JAMES C. MOYER, and DOES 1-20 inclusive, <br><br> Defendants. | Case No. C 04-04770 JSW (JCS) <br><br> **[PROPOSED] ORDER MODIFYING THE TUTORIAL AND CLAIM CONSTRUCTION HEARING DATES** |

YOU ARE HEREBY NOTIFIED that on June 13, 2006 at 2:00 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Claim Construction Tutorial, previously noticed for April 25, 2006, in this matter.

YOU ARE HEREBY FURTHER NOTIFIED that on June 20, 2006 at 2:00 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Markman Hearing, previously noticed for May 10, 2006, in this matter.

Dated: __April 10__, 2006      By: _/s/ Jeffrey S. White_
                                    Honorable Jeffrey S. White
                                    UNITED STATES DISTRICT JUDGE