| | |
|---|---|
| 1 | MARK E. MILLER (S.B. #130200) – markmiller@omm.com |
| | DARIN W. SNYDER (S.B. #136003) – dsnyder@omm.com |
| 2 | MICHAEL SAPOZNIKOW (*pro hac vice*) – msapoznikow@omm.com |
| | ANNE E. HUFFSMITH (S.B. #236438) – ahuffsmith@omm.com |
| 3 | O'MELVENY & MYERS LLP |
| | Embarcadero Center West |
| 4 | 275 Battery Street |
| | San Francisco, CA 94111-3305 |
| 5 | Telephone:  (415) 984-8700 |
| | Facsimile:  (415) 984-8701 |

Attorneys for Plaintiff
MICREL, INCORPORATED

THOMAS J. FRIEL, JR. (S.B. #80065) – tfriel@cooley.com
MATTHEW J. BRIGHAM (S.B. #191428) – mbrigham@cooley.com
COOLEY GODWARD LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone:  (650) 843-5000
Facsimile:  (650) 857-0663

Attorneys for Defendants
MONOLITHIC POWER SYSTEMS, INC.,
MICHAEL R. HSING, and JAMES C. MOYER

JEFFERY ANNE TATUM (S.B. #83060) - jatatum@tatumgc.com
GENERAL COUNSEL SERVICES
P.O. Box 988
Aptos, CA 95001
Telephone:  (831) 768-7481
Facsimile:  (831) 768-7528

Attorney for Defendant
MONOLITHIC POWER SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICREL, INCORPORATED, a California Corporation,<br><br>Plaintiff,<br>v.<br>MONOLITHIC POWER SYSTEMS, INC., a Delaware Corporation, MICHAEL R. HSING, JAMES C. MOYER, and DOES 1-20 inclusive,<br><br>Defendants. | Case No.  C 04-04770 JSW (JCS)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EQUIPMENT IN COURTROOM |

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EQUIPMENT IN COURTROOM
CASE NO. C 04-04770 JSW (JCS)

WHEREAS, the Claim Construction Tutorial and Markman Hearing in this Action are scheduled for June 13 and June 20, respectively; and

WHEREAS, the Parties desire to use certain electronic equipment during the Claim Construction Tutorial and Markman Hearing, including:

- projectors
- projection screens
- laptop computers
- computer readable media (*e.g.* floppy disks, CDROMs, DVDs)
- laser pointers
- remote controls
- video and audio cables
- power strips
- extension cords; and

WHEREAS, the Court has ordered the parties to videorecord the Claim Construction Tutorial; and

WHEREAS, Dan Mottaz Video Productions, LLC, the Parties' designated videographer, has informed the parties that it intends to bring the following equipment to the Claim Construction Tutorial on June 13;

- a professional digital video camera in its case
- an audio mixer
- microphones
- cables

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- a small vhs recorder

- a small audio cassette recorder

- power supplies

- a tripod

- a collapsible dolly cart;

THEREFORE, THE PARTIES HEREBY NOTIFY THE COURT that they request that the equipment listed above be allowed into the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California, and set up in Courtroom 2 on the 17th floor on June 13 and June 20.

STIPULATION AND [PROPOSED] ORDER REGARDING EQUIPMENT IN COURTROOM
CASE NO. C 04-04770 JSW (JCS)

- 3 -

| | | |
|---|---|---|
| Dated: June 8, 2006 | | MARK E. MILLER<br>DARIN W. SNYDER<br>MICHAEL SAPOZNIKOW<br>ANNE E. HUFFSMITH<br>O'MELVENY & MYERS LLP |
| | | By: /s/ Michael Sapoznikow<br>　　　Michael Sapoznikow<br>Attorneys for Plaintiff<br>MICREL, INCORPORATED |
| Dated: June 8, 2006 | | THOMAS J. FRIEL, JR.<br>MATTHEW J. BRIGHAM<br><br>JEFFERY ANNE TATUM<br>GENERAL COUNSEL SERVICES<br><br>By: /s/ Matthew J. Brigham<br>　　　Matthew J. Brigham<br>Attorneys for Defendants<br>MONOLITHIC POWER SYSTEMS, INC.,<br>MICHAEL R. HSING, AND JAMES C.<br>MOYER |

Filer's Attestation: Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories

| | | |
|---|---|---|
| Dated: June 8, 2006 | | By: /s/ Michael Sapoznikow<br>　　　Michael Sapoznikow<br>Attorney for Plaintiff<br>MICREL, INCORPORATED |

STIPULATION AND [PROPOSED] ORDER REGARDING EQUIPMENT IN COURTROOM
CASE NO. C 04-04770 JSW (JCS)

- 4 -

1 **ORDER**

2 The Parties have requested permission to bring electronic equipment to the Claim
3 Construction Tutorial and Markman Hearing to be held on June 13 and June 20, respectively,
4 and therefore request the Court to order as follows.

5 The parties shall be permitted to bring the following equipment into the United
6 States Courthouse, 450 Golden Gate Avenue, San Francisco, California, and into
7 Courtroom 2 on the 17th floor on June 13 and June 20:

- projectors
- projection screens
- laptop computers
- computer readable media (*e.g.* floppy disks, CDROMs, DVDs)
- laser pointers
- remote controls
- video and audio cables
- power strips
- extension cords.

Representatives of Dan Mottaz Video Productions, LLC, the Parties' designated videographer, shall be permitted to bring the following equipment into the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, and into Courtroom 2 on the 17th floor on June 13:

- a professional digital video camera in its case
- an audio mixer
- microphones

STIPULATION AND [PROPOSED] ORDER REGARDING EQUIPMENT IN COURTROOM
CASE NO. C 04-04770 JSW (JCS)
- 5 -

1 
- cables

2 
3 
- a small vhs recorder

4 
- a small audio cassette recorder

5 
6 
- power supplies

7 
- a tripod

8 
9 
- a collapsible dolly cart.

10 The courtroom will be open at 1 p.m. on June 13 and June 20, 2006 for the parties to set up their equipment.

11 
12 **IT IS SO ORDERED**

13 

14 
15 Dated: __June 8__, 2006     By: _____/s/ Jeffrey S. White_____
              Honorable Jeffrey S. White
16            UNITED STATES DISTRICT JUDGE

17 

18 SF1:631293.3

19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER REGARDING EQUIPMENT IN COURTROOM
CASE NO. C 04-04770 JSW (JCS)                                                                 - 6 -