MARK E. MILLER (S.B. #130200) - markmiller@omm.com
DARIN W. SNYDER (S.B. #136003) - dsnyder@omm.com
MICHAEL SAPOZNIKOW (S.B. # 242640) – msapoznikow@omm.com
ANNE E. HUFFSMITH (S.B. #236438) - ahuffsmith@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California 94111-3305
Telephone: 415.984.8700
Facsimile: 415.984.8701

Attorneys for Plaintiff
MICREL, INCORPORATED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICREL, INCORPORATED, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC., a Delaware Corporation, MICHAEL R. HSING, JAMES C. MOYER, and DOES 1-20 inclusive,<br><br>Defendants. | Case No. C 04-04770 JSW (JCS)<br><br>**[PROPOSED]**<br>**ORDER GRANTING MICREL, INCORPORATED LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' INVALIDITY DEFENSES AND RETAIN THE RIGHT TO FILE A SUBSEQUENT MOTION** |

Plaintiff Micrel, Inc. has requested, in a miscellaneous administrative motion pursuant to N.D. Cal. Civ. L. R. 7-11, an exception to this Court's Standing Orders, which state that all summary judgment issues "shall be contained within one motion." Standing Orders, ¶ 8. Micrel seeks leave to file, as soon as possible, a motion for summary judgment on the issue of assignor estoppel, and to retain the right to move for summary judgment on other appropriate grounds later in this action. An early determination of the assignor estoppel issue may permit the parties to avoid extensive discovery regarding the validity of the two patents Micrel has asserted against MPS. Defendants do not oppose Micrel's motion.

The Court, having considered the submissions of the parties, and good cause appearing, hereby ORDERS as follows

1. The Court GRANTS Micrel's Miscellaneous Administrative Motion For Leave To File A Motion For Summary Judgment On Defendants' Invalidity Defenses And Retain The Right To File A Subsequent Motion.

2. After Micrel files its Motion for Partial Summary Judgment Based on the Doctrine of Assignor Estoppel, Micrel will retain the right to move for summary judgment on other appropriate grounds later in this Action.

Dated: __July 5____, 2005

_____
Honorable Jeffrey S. White
United States District Judge

SF1:633500.1

[PROPOSED] ORDER GRANTING MICREL'S MISC. ADMIN. MOTION FOR LEAVE
CASE NO. C 04-04770 JSW (JCS)

2