**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICREL INC,<br><br>    Plaintiff,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC.<br>MICHAEL R. HSING, JAMES C. MOYER,<br>and DOES 1 through 20,<br><br>    Defendants. | No. C 04-04770 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

    This matter is set for a hearing on August 18, 2006 on Plaintiff's motion for summary judgment. The Court HEREBY ORDERS that Defendants' opposition brief to this motion shall be due by July 21, 2006 and Plaintiff's reply brief shall be due by July 28, 2006.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: July 7, 2006

                                                         JEFFREY S. WHITE
                                                         UNITED STATES DISTRICT JUDGE