MARK E. MILLER (S.B. #130200) – markmiller@omm.com
DARIN W. SNYDER (S.B. #136003) – dsnyder@omm.com
LAURA C. BREMER (S.B. #162900) – lbremer@omm.com
MICHAEL SAPOZNIKOW (S.B. #242640) – msapoznikow@omm.com
ANNE E. HUFFSMITH (S.B. #236438) – ahuffsmith@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Plaintiff
MICREL, INCORPORATED

THOMAS J. FRIEL, JR. (S.B. #80065) – tfriel@cooley.com
MATTHEW J. BRIGHAM (S.B. #191428) – mbrigham@cooley.com
COOLEY GODWARD LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendants
MONOLITHIC POWER SYSTEMS, INC.,
MICHAEL R. HSING, and JAMES C. MOYER

JEFFERY ANNE TATUM (S.B. #83060) - jatatum@tatumgc.com
GENERAL COUNSEL SERVICES
P.O. Box 988
Aptos, CA 95001
Telephone: (831) 768-7481
Facsimile: (831) 768-7528

Attorney for Defendant
MONOLITHIC POWER SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICREL, INCORPORATED, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MONOLITHIC POWER SYSTEMS, INC., a Delaware Corporation, MICHAEL R. HSING, JAMES C. MOYER, and DOES 1-20 inclusive,<br><br>Defendants. | Case No. C 04-04770 JSW (JCS)<br><br>STIPULATED REQUEST FOR AN ORDER CHANGING TIME TO SERVE PATENT LOCAL RULES DISCLOSURES PURSUANT TO CIVIL LOCAL RULE 6-2 |

|   |   |
|---|---|
| 1 | WHEREAS, the Parties agree that full and complete Northern District of California Patent Local Rule 3-6 statements will make this Action proceed more efficiently; and |

WHEREAS, the Parties agree that full and complete Northern District of California Patent Local Rule 3-6 statements will make this Action proceed more efficiently; and

WHEREAS, Micrel's testifying expert Dr. Peter Gwozdz, whose input will be instrumental to Micrel in drafting its Rule 3-6 statement, has been traveling since the Claim Construction Order issued and will return on August 1, 2006; and

WHEREAS, Micrel has noticed a 30(b)(6) deposition of MPS in order to permit Micrel to better understand the terminology used in certain MPS documents; and

WHEREAS, the information Micrel expects to obtain during the deposition will be instrumental to Micrel in drafting its Rule 3-6 statement; and

WHEREAS, given the travel and vacation schedules of Micrel attorneys and of MPS's corporate designee, the earliest date on which the 30(b)(6) deposition of MPS could be held is in late August; and

WHEREAS, the requested extension of time will not delay any other deadlines in this Action;

THEREFORE, THE PARTIES HEREBY NOTIFY THE COURT that they request that the time for Micrel to serve its Patent Local Rule 3-6 statement be extended through and including September 12, 2006, and that the time for MPS to serve its Patent Local Rule 3-6 statement and to comply with Patent Local Rule 3-8 be extended through and including October 2, 2006.

STIPULATED REQUEST PATENT L.R. TIME EXTENSION
CASE NO. C 04-04770 JSW (JCS)

- 2 -

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 26, 2006 | MARK E. MILLER<br>DARIN W. SNYDER<br>LAURA C. BREMER<br>MICHAEL SAPOZNIKOW<br>ANNE E. HUFFSMITH<br>O'MELVENY & MYERS LLP |

Dated: July 26, 2006

MARK E. MILLER
DARIN W. SNYDER
LAURA C. BREMER
MICHAEL SAPOZNIKOW
ANNE E. HUFFSMITH
O'MELVENY & MYERS LLP

By: /s/ Michael Sapoznikow
Michael Sapoznikow
Attorneys for Plaintiff
MICREL, INCORPORATED

Dated: July 26, 2006

THOMAS J. FRIEL, JR.
MATTHEW J. BRIGHAM

JEFFERY ANNE TATUM
GENERAL COUNSEL SERVICES

By: /s/ Matthew J. Brigham
Matthew J. Brigham
Attorneys for Defendants
MONOLITHIC POWER SYSTEMS, INC.,
MICHAEL R. HSING, AND JAMES C. MOYER

Filer's Attestation: Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories

Dated: July 26, 2006

By: /s/ Michael Sapoznikow
Michael Sapoznikow
Attorney for Plaintiff
MICREL, INCORPORATED

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: July 26, 2006

By: *Jeffrey S. White*
Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE

SF1:637204.1

STIPULATED REQUEST PATENT L.R. TIME EXTENSION
CASE NO. C 04-04770 JSW (JCS)

- 3 -