| | |
|---|---|
| 1 | MARK E. MILLER (S.B. #130200) – markmiller@omm.com |
| 2 | DARIN W. SNYDER (S.B. #136003) – dsnyder@omm.com<br>LAURA C. BREMER (S.B. #162900) – lbremer@omm.com |
| 3 | MICHAEL SAPOZNIKOW (S.B. #242640) – msapoznikow@omm.com<br>ANNE E. HUFFSMITH (S.B. #236438) – ahuffsmith@omm.com |
| 4 | O'MELVENY & MYERS LLP<br>Embarcadero Center West |
| 5 | 275 Battery Street<br>San Francisco, CA 94111-3305 |
| 6 | Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701 |
| 7 | Attorneys for Plaintiff<br>MICREL, INCORPORATED |
| 8 | THOMAS J. FRIEL, JR. (S.B. #80065) – tfriel@cooley.com |
| 9 | MATTHEW J. BRIGHAM (S.B. #191428) – mbrigham@cooley.com<br>COOLEY GODWARD LLP |
| 10 | Five Palo Alto Square<br>3000 El Camino Real |
| 11 | Palo Alto, CA 94306<br>Telephone: (650) 843-5000 |
| 12 | Facsimile: (650) 857-0663 |
| 13 | Attorneys for Defendants<br>MONOLITHIC POWER SYSTEMS, INC.,<br>MICHAEL R. HSING, and JAMES C. MOYER |
| 14 | JEFFERY ANNE TATUM (S.B. #83060) - jatatum@tatumgc.com |
| 15 | GENERAL COUNSEL SERVICES<br>P.O. Box 988 |
| 16 | Aptos, CA 95001<br>Telephone: (831) 768-7481 |
| 17 | Facsimile: (831) 768-7528 |
| 18 | Attorney for Defendant<br>MONOLITHIC POWER SYSTEMS, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MICREL, INCORPORATED, a California Corporation,<br><br>            Plaintiff,<br>    v.<br><br>MONOLITHIC POWER SYSTEMS, INC., a Delaware Corporation, MICHAEL R. HSING, JAMES C. MOYER, and DOES 1-20 inclusive,<br><br>            Defendants. | Case No. C 04-04770 JSW (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE SUMMARY JUDGMENT HEARING CURRENTLY SCHEDULED FOR AUGUST 18, 2006**<br><br>*** PUBLIC VERSION *** |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
SUMMARY JUDGMENT HEARING
CASE NO. C 04-04770 JSW (JCS)

1  WHEREAS, Micrel has noticed a hearing on its Motion For Partial Summary
2  Judgment Based On The Doctrine Of Assignor Estoppel ("Motion") for August 18, 2006;
3  and
4  WHEREAS, Defendants have filed a memorandum of points and authorities in
5  opposition to Micrel's Motion and Micrel has filed a reply in support of its Motion; and

REDACTED

10  WHEREAS, the Parties stipulate to continue the hearing on Micrel's Motion to
11  September 29, 2006; and
12  WHEREAS, October 27, 2006 is a potential alternative date should September 29
13  prove unworkable;
14  THEREFORE, THE PARTIES HEREBY NOTIFY THE COURT that they request
15  a continuance of the hearing on Micrel's Motion to September 29, 2006.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
SUMMARY JUDGMENT HEARING
CASE NO. C 04-04770 JSW (JCS)

- 2 -

| | | |
|---|---|---|
| 1 | Dated: August 14, 2006 | MARK E. MILLER |
| 2 | | DARIN W. SNYDER |
| | | LAURA C. BREMER |
| 3 | | MICHAEL SAPOZNIKOW |
| | | ANNE E. HUFFSMITH |
| 4 | | O'MELVENY & MYERS LLP |

By: /s/ Michael Sapoznikow
Michael Sapoznikow
Attorneys for Plaintiff
MICREL, INCORPORATED

Dated: August 14, 2006

THOMAS J. FRIEL, JR.
MATTHEW J. BRIGHAM
COOLEY GODWARD LLP

JEFFERY ANNE TATUM
GENERAL COUNSEL SERVICES

By: /s/ Matthew J. Brigham
Matthew J. Brigham
Attorneys for Defendants
MONOLITHIC POWER SYSTEMS, INC.,
MICHAEL R. HSING, AND JAMES C. MOYER

Filer's Attestation: Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories

Dated: August 14, 2006

By: /s/ Michael Sapoznikow
Michael Sapoznikow
Attorney for Plaintiff
MICREL, INCORPORATED

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE
SUMMARY JUDGMENT HEARING
CASE NO. C 04-04770 JSW (JCS)

- 3 -

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |
| 2 | YOU ARE HEREBY NOTIFIED that on ~~September 29~~ October 27, 2006, at 9:00 AM, in Courtroom |
| 3 | 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, |
| 4 | the HONORABLE JEFFREY S. WHITE will conduct the summary judgment hearing previously |
| 5 | noticed for August 18, 2006, in this matter. |

Dated: __August 16__, 2006     By: _[signature] Jeffrey S White_
                                  Honorable Jeffrey S. White
                                  UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
SUMMARY JUDGMENT HEARING                                              - 4 -
CASE NO. C 04-04770 JSW (JCS)