1  MARK E. MILLER (S.B. #130200) – markmiller@omm.com
   DARIN W. SNYDER (S.B. #136003) – dsnyder@omm.com
2  LAURA C. BREMER (S.B. #162900) – lbremer@omm.com
   MICHAEL SAPOZNIKOW (S.B. # 242640) – msapoznikow@omm.com
3  ANNE E. HUFFSMITH (S.B. #236438) – ahuffsmith@omm.com
   O'MELVENY & MYERS LLP
4  Embarcadero Center West
   275 Battery Street
5  San Francisco, California  94111-3305
   Telephone:    (415) 984-8700
6  Facsimile:    (415) 984-8701

7  Attorneys for Plaintiff
   MICREL, INCORPORATED

8

9                  **UNITED STATES DISTRICT COURT**

10               **NORTHERN DISTRICT OF CALIFORNIA**

11                  **SAN FRANCISCO DIVISION**

12

13  MICREL, INCORPORATED, a California        Case No.  C 04-04770 JSW (JCS)
    Corporation,
14
                    Plaintiff,
15                                            **PLAINTIFF'S ADMINISTRATIVE**
        v.                                    **MOTION TO FILE UNDER SEAL**
16                                            **STIPULATION AND [PROPOSED]**
                                              **ORDER CONTINUING THE SUMMARY**
    MONOLITHIC POWER SYSTEMS, INC.,           **JUDGMENT HEARING CURRENTLY**
17  a Delaware Corporation, MICHAEL R.        **SCHEDULED FOR AUGUST 18, 2006**
    HSING, JAMES C. MOYER, and DOES
18  1-20 inclusive,

19                  Defendants.               **[PROPOSED] ORDER**

20

21

22

23

24

25

26

27

28

ADMIN. MOTION TO FILE STIPULATION UNDER SEAL
CASE NO. C 04-04770 JSW (JCS)

1    **Unopposed Motion to File Under Seal**

2          Pursuant to Civil Local Rule 79-5(c), plaintiff Micrel, Incorporated ("Micrel")

3    respectfully requests that the Parties' Stipulation And [Proposed] Order Continuing The Summary

4    Judgment Hearing Currently Scheduled For August 18, 2006 (the "Stipulation"), be filed under

5    seal. The Parties have agreed to file the Stipulation under seal. *See* Declaration of Michael

6    Sapoznikow In Support Of Plaintiff's Administrative Motion To File Under Seal Stipulation And

7    [Proposed] Order Continuing The Summary Judgment Hearing Currently Scheduled For August

8    18, 2006 at ¶ 3.

9          The Parties' Stipulation And [Proposed] Order Continuing The Summary Judgment

10   Hearing Currently Scheduled For August 18, 2006 ("Stipulation") contains confidential business

11   information about Micrel and/or MPS that the parties agree should remain confidential. For this

12   reason, the Stipulation is properly sealable. The confidential business information has been

13   redacted from the public version of the Stipulation, which has been filed electronically with the

14   Court.

15

16

17          Dated:  August 14, 2006              MARK E. MILLER
                                                   DARIN W. SNYDER
18                                                 LAURA C. BREMER
                                                   MICHAEL SAPOZNIKOW
19                                                 ANNE E. HUFFSMITH
                                                   O'MELVENY & MYERS LLP
20

21                                                 By: /s/ Michael Sapoznikow

22                                                     Michael Sapoznikow
                                                   Attorneys for Plaintiff
23                                                 MICREL, INCORPORATED

24

25

26

27

28

ADMIN. MOTION TO FILE STIPULATION UNDER SEAL
CASE NO. C 04-04770 JSW (JCS)                                                          - 2 -

1

2                                    **[~~PROPOSED~~] ORDER**

3            Having considered the submissions relating to Micrel's Administrative Motion and good

4    cause appearing,

5

6    **IT IS HEREBY ORDERED**:

7            Pursuant to Civil Local Rule 79-5, the Plaintiff's Administrative Motion to File Under

8    Seal Stipulation And [Proposed] Order Continuing The Summary Judgment Hearing Currently

9    Scheduled For August 18, 2006, is hereby

10   **GRANTED**.

11           **IT IS FURTHER ORDERED** that the Clerk of the Court is directed to allow Micrel to

12   file under seal the Stipulation And [Proposed] Order Continuing The Summary Judgment Hearing

13   Currently Scheduled For August 18, 2006.

14

15           Dated: __August 16__, 2006

16                                                      Honorable Jeffrey S. White
                                                        UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

ADMIN. MOTION TO FILE STIPULATION UNDER SEAL
CASE NO. C 04-04770 JSW (JCS)                                                              - 3 -